CHAMBERS OF
**WAYNE R. ANDERSEN**
JUDGE

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
(312) 435-7619

May 15, 2007

Mr. George D. Reynolds
Judicial Conference of the United States
Committee on Financial Disclosure
On e Columbus Circle, N.E.
Washington, D.C. 20544

   Re:  Calendar Year 2006 Filing

Dear Mr. Reynolds:

   Please accept this amendment to my Financial Disclosure Report for 2006 dated February 15, 2007.

   Please add the word "None" to Column B(2) of line 9 of Part VII.

   Please delete the entries in Column D(3) and (4) of line 22 of Part VII because there was not a transaction related to this item. The insertions in those columns were a mistake.

   Thank you very much.

       Sincerely,



       Wayne R. Andersen

WRA/ajc

RECEIVED
2007 MAY 21 P 12: 08
FINANCIAL DISCLOSURE OFFICE

| AO-10 |
| :-: |
| Rev. 1/2001 |

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)*  ANDERSEN, WAYNE R. | 2. Court or Organization  U.S. DISTRICT COURT, NDIL | 3. Date of Report  02/15/2007 |
| :-- | :-- | :-- |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  U.S. DISTRICT COURT JUDGE | 5. ReportType (check appropriate type)  ___ Nomination, Date _____  ___ Initial  __X__ Annual  ___ Final | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| :-- | :-- | :-- |

| 7. Chambers or Office Address  219 South Dearborn Street, Suite 1486 , Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ |
| :-- | :-- |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| :-- | :-- |
| [ ] NONE (No reportable positions.) | |
| 1 Director | Rehabilitation Institute of Chicago |
| 2 Vice Chair of Leadership Committee | Rehabilitation Institute of Chicago |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
| :-- | :-- |
| [x] NONE (No reportable agreements.) | |
| 1 Co-Author | I have an agreement with James Publishing Company to co-author a book about federal civil practice before trial. The book is not yet published so no royalties have yet been paid. |
| 2 | |
| 3 | |

RECEIVED 2007 FEB 22 A 9: 56 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| :-- | :-- | :-- |
| [ ] NONE (No reportable non-investment income.) | | |
| 1 | (See attached letter). | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Wayne R. Andersen | Date of Report<br>02/15/2007 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| [X] **NONE** (No such reportable reimbursements.) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [ ] **NONE** (No such reportable gifts.) | | |
| Union League Club, Chicago, Illinois | I am a member of this club. The privilege is available to any federal judge. I pay $68.00 per month in dues and | $ 1,956.00 |
| | pay for all purchases, such as meals. Monthly dues for regular members are $227.00. | $ |
| Buckingham Club, Chicago, Illinois | I am a member of this club. The privilege is available to any federal judge. Monthly dues are $160.00. I pay for | $ 1,920.00 |
| | all purchases, such as meals. | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] **NONE** (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes:  J=$15,000 or less          K=$15,001-$50,000          L=$50,001-$100,000          M=$100,001-$250,000          N=$250,001-$500,000
              O=$500,001-$1,000,000       P1=$1,000,001-$5,000,000                     P2=$5,000,001-$25,000,000
              P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
|  | Wayne R. Andersen | 02/15/2007 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, | | | | | | | | | |
| 1  Checking Acct. Glenview State Bank | A | Interest | J | T | | | | | |
| 2.  Checking account BankOne | A | Interest | J | T | | | | | |
| 3.  West Point Bank Checking Account | A | Interest | J | T | | | | | |
| 4.  IL Judges Retirement Sys.  Pension Vested | E | Annuity | K | T | | | | | |
| 5.  IL Judges Retirement Sys. Pension Vested | | None | J | T | | | | | |
| 6.  IL State Employees Retirement Vested | C | Annuity | J | T | | | | | |
| 7.  U.S. Savings Bond | | None | L | T | | | | | |
| 8.  U.S. Savings Bond | | None | J | T | | | | | |
| 9.  Northwestern Mutual Life Policies | | | K | T | | | | | |
| 10.  Deferred compensation, State of Illinois | | None | M | T | | | | | |
| 11.  Motorola Inc. common stock  (IRA) | A | Dividend | | | Sold ▇▇▇ | 10/31 | J | A | |
|      Motorola Inc. | A | Dividend | | | Sold ▇▇▇ | 7/11 | J | A | |
| 12.  US Bancorp (IRA) | B | Dividend | K | T | Partial sale ▇▇ | 6/5 | J | B | |
| 13.  Jones Lang LaSalle common stock (IRA) | D | Dividend | J | T | Partial sale ▇▇ | 5/24 | J | D | |
|      Jones Lang LaSalle Inc. | D | Dividend | J | T | Partial sale ▇▇ | 10/17 | J | D | |

1  Income/Gain Codes:   A=$1,000 or less        B=$1,001-$2,500          C=$2,501-$5,000          D=$5,001-$15,000          E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001-$100,000      G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2  Value Codes:         J=$15,000 or less       K=$15,001-$50,000        L=$50,001-$100,000        M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000     O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
                        P3=$25,000,001-$50,000,000                       P4=More than $50,000,000
3  Value Method Codes:  Q=Appraisal             R=Cost (real estate only)  S=Assessment           T=Cash/Market
   (See Col. C2)        U=Book value            V=Other                    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

☐ **NONE** (No reportable income, assets, or transactions)

| | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Jones Lang LaSalle Inc. | D | Dividend | | T | Partial sale | 3/8 | | D | |
| 14. | EMC Corp. common stock (IRA) | D | Dividend | | | Sold ▓▓▓ | 2/24 | | D | |
| | EMC Corp. | A | Dividend | | T | | | | | |
| 15. | Starbucks Corp. common stock (IRA) | D | Dividend | K | T | | 6/5 | | D | |
| | Starbucks Corp. | D | Dividend | J | T | | 9/18 | J | D | |
| 16. | Pixar Inc. common stock (IRA)  * | D | Dividend | | | | 2/24 | | D | |
| | Pixar Inc. Common stock | E | Dividend | | | Sold | 1/25 | K | E | |
| 17. | Intermune Pharmaceuticals common stock (IRA) | A | Dividend | | | Sold | 5/24 | | A | |
| 18. | Amazon.com, Inc., conv. rate 4.75% due 2/1/09 (IRA) | D | Interest | | | Sold ▓▓▓ | 4/10 | | D | |
| 19. | Nuveen Investments Inc. Class A | C | Dividend | | | | | | C | |
| | Nuveen Investments Inc. Class A | D | Dividend | | T | | 2/23 | | D | |
| | Nuveen Quality Preferred Income Fund 2 | A | Dividend | | | Sold ▓▓▓ | 1/10 | J | A | |
| 20. | Chicos Fas Inc. | C | Dividend | | | | | | C | |
| | Chicos Fas Inc. (IRA) | C | Dividend | | | | | J | C | |
| 21. | Marvel Entetainment, Inc. | A | Dividend | | | | | K | A | |
| 22. | Stericycle Inc. (IRA) | | Dividend | K | T | | | K | E | |
| 23. | Southwest Airlines Co. (IRA) | A | Dividend | | | Sold ▓▓▓ | 10/31 | K | A | |

2    Value Codes:
(See

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 24. Aviall Inc. (IRA) | D | Dividend | | | Buy ▓ Sold ▓ | 1/10 5/3 | K | D | |
| 25. Int'l Speedway Corp. CL A (IRA) | A | Dividend | | | Sold ▓ | 1/5 | K | A | |
| 26. Ltd. CL A (IRA) | C | Dividend | | | Sold ▓ | 11/20 | J | C | |
| Lazard Ltd. CL A | C | Dividend | | | Sold ▓ | 3/24 | J | C | |
| 27. Time Warner (IRA) | A | Dividend | | | Sold ▓ | 3/8 | K | A | |
| 28. Univision Communications (IRA) | C | Dividend | K | T | | | | | |
| 29. General Electric Co. (IRA) | C | Dividend | K | T | Buy ▓ | 3/8 | K | | |
| 30. Crocs Inc. | C | Dividend | J | T | Buy ▓ | 5/9 | J | | |
| 31. Hershey Co. | A | Dividend | K | T | Buy ▓ | 3/22 | K | | |
| 32. Microsoft Corp. | A | Dividend | K | T | Buy ▓ | 1/31 | K | | |
| Microsoft Corp. | A | Dividend | | | Sold ▓ | 6/7 | K | A | |
| 33. Walt Disney (Holding Co) Disney Com ** | C | Dividend | | | Sold ▓ | 6/6 | J | C | |
| 34. Adobe Systems Inc. | D | Dividend | K | T | Buy ▓ | 6/5 | E | | |
| 35. Amdocs Ltd. | C | Dividend | K | T | Buy ▓ | 4/7 | E | | |
| 36. Barclays PLC Adr | D | Dividend | K | T | Buy ▓ | 5/24 | K | | |
| Barclays PLC Adr | B | Dividend | J | T | Buy ▓ | 10/4 | J | | |
| 37. BJ Services Company | A | Dividend | K | T | Buy ▓ | 5/24 | K | | |
| BJ Services Company | A | Dividend | J | T | Buy ▓ | 10/4 | D | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,000-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting | | C.<br>Gross value at end of reporting | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell<br>merger,<br>redemption) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 38. Intl Paper Co. | A | Dividend | K | T | Buy ▬▬ | 11/30 | K | | |
| 39. McDonalds Corp. | D | Dividend | K | T | Buy ▬▬ | 4/27 | K | | |
| 40. Medtronic Inc. | A | Dividend | K | T | Buy ▬▬ | 6/7 | K | | |
| 41. Procter & Gamble Co. | B | Dividend | K | T | Buy ▬▬ | 9/18 | K | | |
| Procter & Gamble Co. | A | Dividend | J | T | Buy ▬▬ | 10/26 | J | | |
| 42. Sygenta AG Spon Adr | D | Dividend | K | T | Buy ▬▬ | 2/24 | K | | |
| 43. Western Union Co. | C | Dividend | K | T | Buy ▬▬ | 10/17 | K | | |
| 44. Zimmer Holdings, Inc. | B | Dividend | K | T | Buy ▬▬ | 1/10 | K | | |
| 45. SLM Corp. VTG | A | Dividend | A | T | Buy ▬▬ | 1/5 | K | | |
| SLM Corp. VTG | A | | | | Sold ▬▬ | 8/11 | K | A | |
| 46. MBNA Corp. Common stock*** | C | Dividend | K | T | | | | | |
| 47. American Century 20th Mutual Funds | A | Dividend | L | T | | | | | |
| 48. Anheuser Busch common stock | A | Dividend | K | T | | | | | |
| 49. Janus Mutual Funds | A | Dividend | K | T | | | | | |
| 50. McData (common stock) | A | Dividend | J | T | | | | | |
| 51. Service Master Corp. | A | Dividend | K | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wayne R. Andersen | 02/15/2007 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

UBS Financial Services, Inc. is the custodian of my IRA account.  UBS Financial Services, Inc. and Smith Moore & Company invest cash

on hand in accounts held in their name in money market funds, which, we believe, they choose and manage.

\*      Exchanged shares of Pixar Inc. for shares of Walt Disney Co. On 5/8/06

\*\*      Acquired ▬▬▬▬ Disney stock in exchange for Pixar Stock

\*\*\*      On January 3, 2006 MBNA was purchased by Bank of America Corp.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬         Date 2/15/07

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544